**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONALD LECIK,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-1040-Orl-KRS**

**RONALD NOST,**

          **Defendant.**

_____

## ORDER

This cause came on for consideration by the Court on its own initiative. On March 29, 2006, the mediator in this matter, M. Susan Sacco, filed a Mediation Report notifying the Court that this case has been settled. Doc. No. 39. Accordingly, on or before April 28, 2006, the parties shall file a settlement agreement with the Court along with a request for a fairness determination. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

**DONE** and **ORDERED** in Orlando, Florida this 30th day of March, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties