**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONALD LECIK,**

           **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1040-Orl-KRS**

**RONALD NOST,**

           **Defendant.**

## ORDER OF DISMISSAL

This cause came on for consideration after oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT, MOTION TO DISMISS WITH PREJUDICE (Doc. No. 41)** |
| **FILED:** | **April 13, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Court has been advised by the parties that the above-styled action has been completely settled and the parties stipulate to dismissal with prejudice. On April 24, 2006, in accordance with the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, I held a hearing to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Based upon the information proffered by counsel at the hearing, I conclude that the settlement is a reasonable compromise of issues actually in dispute. Accordingly, the settlement agreement is approved.

This matter is hereby **DISMISSED** with prejudice, pursuant to the agreement of the parties, and the Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties